UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-22254-CIV-GAYLES/OTAZO-REYES

EDGINA T. HENDRIX-SMITH,

    *Pro se* Plaintiff,

v.

SANTANDER CONSUMER USA and
PRA RECEIVABLE MANAGEMENT d/b/a
PORTFOLIO RECOVERY,

    Defendants.
_____ /

## REPORT AND RECOMMENDATION RE: MOTIONS TO STAY

THIS CAUSE came before the Court upon the following submissions (hereafter, "Motions to Stay"):

1. Defendant Santander Consumer USA's ("Santander") Motion to Stay Pretrial Deadlines Pending Adjudication of Motion to Dismiss Plaintiff's Complaint, requesting a stay of discovery pending the adjudication of its Motion to Dismiss (hereafter, "Santander's Motion to Stay") [D.E. 9];

2. Defendants Santander and PRA Receivable Management's ("PRM") (together, "Defendants") Joint Notice, wherein PRM joins in Santander's Motion to Stay (hereafter, "PRM's Motion to Stay") [D.E. 13].

These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 43].

Given the pendency of the undersigned's Report and Recommendation regarding the insufficiency of Plaintiff's Complaint [D.E. 50], the undersigned **RESPECTFULLY RECOMMENDS** that the Motions to Stay [D.E. 9, 13] be **GRANTED**.

Pursuant to Local Magistrate Judge Rule 4(b), the parties have **fourteen days** from the date

of this Report and Recommendation to file written objections, if any, with the Honorable Darrin P. Gayles.  Failure to timely file objections shall bar the parties from attacking on appeal the factual findings contained herein.  See Resolution Tr. Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  Further, "failure to object in accordance with the provisions of [28 U.S.C.] § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions."  See 11th Cir. R. 3-1 (I.O.P. - 3).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida this 16th day of February, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies via CM/ECF to:
United States District Judge Darrin P. Gayles
Counsel of Record

Copies via U.S. mail to:
Edgina T. Hendrix-Smith
15 N.W. 204th St.
Miami, FL 33169